1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | No.  1:15-cv-01759---SAB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** |

　　　　WHEREAS, Defendant/Third-Party Plaintiff, Metropolitan Life Insurance Company ("Met Life"), filed a third-party complaint against Home Savings of America, F.A. and JPMorgan Chase Bank, N.A. (collectively "Chase") on January 27, 2016 (Dkt. 8);

　　　　WHEREAS, Met Life has been unable to effect service of the summons and third-party complaint to date on Chase, but expects that Chase will be served in the very near future;

　　　　WHEREAS, a Mandatory Scheduling Conference in this action is currently set for March 8, 2016, pursuant to the Court's Order dated November 19, 2015 (Dkt. 3);

1  WHEREAS, since Chase has yet to be served, Chase's responsive pleadings will not be
2 filed in time for Met Life and Plaintiff Arthur Owens (collectively "the Parties") to obtain
3 Chase's participation in preparation of a joint scheduling report;

4  WHEREAS, the Parties believe that Chase's participation is necessary to achieve a full
5 settlement or resolution of Plaintiff's claims;

6  NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a
7 continuance of the Mandatory Scheduling Conference currently set for March 8, 2016 to a date
8 at the Court's convenience after April 7, 2016, to allow time for Chase to be served with the
9 summons and third-party complaint and to make an appearance, and for the Parties to meet and
10 confer with Chase and file a joint scheduling report.

12 Date: February 18, 2016                MOORE LAW FIRM, P.C.

14                                         */s/ Tanya E. Moore*
                                          Tanya E. Moore
15                                        Attorney for Plaintiff,
                                          Arthur Owens

17 Date: February 18, 2016                CLAPP, MORONEY, VUCINICH,
                                          BEEMAN and SCHELEY

19                                         */s/ Joseph W. Strella, Jr.*
                                          Joseph W. Strella, Jr.
20                                        Attorney for Defendant/Third-Party Plaintiff,
                                          Metropolitan Life Insurance Company

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for March 8, 2016 is continued to April 26, 2016 at 3:30 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **February 23, 2016**

UNITED STATES MAGISTRATE JUDGE