# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>HOME SAVINGS OF AMERICA, F.A.; JPMORGAN CHASE BANK, N.A.; and ROES 1 through 20, inclusive,<br><br>    Third-Party Defendants. | CASE NO.: 1:15-cv-01759---SAB<br><br>**ORDER RE STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINTAND STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |

Pursuant to the provisions of Local Rule 144, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Third-Party Defendant

1

1  JPMORGAN CHASE BANK, N.A. ("Third-Party Defendant") may have additional time within
2  which to answer or otherwise respond to Third-Party Plaintiff's Complaint. The parties have
3  agreed to extend the response time for 21 days from the current due date, April 18, 2016, or up to
4  and including, May 9, 2016.  Good cause exists for this extension as the parties are engaged in
5  settlement discussions regarding resolution of this matter, which, if successful, will obviate the
6  need for a response.  This is the second extension of time stipulated to by the parties.

7  Furthermore, a Mandatory Scheduling Conference in this action is currently set for April
8  26, 2016, pursuant to this Court's Order dated February 23, 2016.  [D.E. 11].  In light of the
9  parties' settlement discussions, they have further stipulated to a continuance of the Mandatory
10 Scheduling Conference currently set for April 26, 2016, to a date at the Court's convenience
11 after May 9, 2016.

12 This document is being electronically filed through the Court's ECF System.  In this
13 regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to
14 all persons required to sign the document; (2) Plaintiff's and Third-Party Defendant's counsel
15 has concurred with the filing of this document; and (3) a record supporting this concurrence is
16 available for inspection or production if so ordered.

DATED: April 15, 2016

MOORE LAW FIRM, P.C.
By: *s/Tanya E. Moore*
TANYA E. MOORE, ESQ.
Attorneys for Plaintiff
ARTHUR OWENS

DATED: April 15, 2016

CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
By: *s/Joseph W. Strella*
JOSEPH W. STRELLA, JR. ESQ.
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

DATED: April 15, 2016

LEÓN COSGROVE, LLC
By: *s/John D. Bosco*

JOHN D. BOSCO, ESQ.
Attorneys for Third-Party Defendant
JPMORGAN CHASE BANK, N.A.

### **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Third-Party Defendant JPMORGAN CHASE BANK, N.A. may have up to and including May 9, 2016, in which to respond to Third-Party Plaintiff's Complaint.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for April 26, 2016, is continued to May 26, 2016, at 9:30 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **April 20, 2016**

UNITED STATES MAGISTRATE JUDGE