# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR OWENS, | Case No. 1:15-cv-01759---SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING ALL PENDING MATTERS AND DATES |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On May 9, 2016, Plaintiff filed a notice of contingent settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 16.) On May 10, 2016, Third-Party Plaintiff Metropolitan Life Insurance Company filed a notice of settlement of third-party claims. (ECF No. 17.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before May 31, 2016.

IT IS SO ORDERED.

Dated: __May 10, 2016__

UNITED STATES MAGISTRATE JUDGE

1