UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>  Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | No. 1:15-cv-01759---SAB<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF No. 19) |

   This action was filed on November 19, 2015.  On May 31, 2016, Plaintiff filed a stipulation to dismiss this action with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

   Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **May 31, 2016**

   _____
   UNITED STATES MAGISTRATE JUDGE